AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:14-04-3640-ODE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cedric Lofton

was received by me on *(date)* 11-25-14 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Alisha Smith of Thompson O'Brien, P.C. , who is designated by law to accept service of process on behalf of *(name of organization)* Designer Shoe Warehouse, Inc. on *(date)* 11-25-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11-25-14

*Cam Lee*
Server's signature

Cameron Lee
Printed name and title

1651 peachcrest Rd, Decatur GA
Server's address

Additional information regarding attempted service, etc: