UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CEDRIC LOFTON,      ]
      ]
      ]
      Plaintiff  ]
      ]
  v.      ]    Civil Action No.    1:14-cv-03640-ODE-GGB
      ]
DESIGNER SHOE      ]
WAREHOUSE, INC.,      ]
      ]
      Defendant.  ]

## **DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Designer Shoe Warehouse, Inc.[1] ("Defendant" or "DSW") files this Motion to Dismiss.  Plaintiff's claims should be dismissed for several reasons.  First, Plaintiff's Title VII claims for sexual harassment (Count I), gender discrimination (Count II), and retaliation (Count III) should be dismissed because they are untimely.  Second, Plaintiff's negligent hiring claim (Count VI) should be dismissed because Defendant Designer Shoe Warehouse, Inc. ("DSW") did not have actual or constructive knowledge of the alleged harasser's propensity to sexually discriminate/harass.  Finally, Plaintiff's assault (Count IV), battery (Count V) and intentional infliction

---

[1] Plaintiff named "Designer Shoe Warehouse, Inc." as the Defendant in this lawsuit; however, the correct operating entity for the Atlantic Station Store where Plaintiff worked is DSW Shoe Warehouse, Inc. DSW respectfully requests that the Complaint be amended to reflect the appropriate Defendant, if the Court denies its Motion to Dismiss.

of emotional distress (Count VII) claims are ripe for dismissal because these alleged intentional torts were not committed by a DSW employee in the scope of employment or done in furtherance of DSW's business.    Accordingly, and as more fully set forth in Defendant's Brief In Support Of Its Motion to Dismiss filed contemporaneously herewith, Plaintiff's Complaint should be dismissed.

Respectfully submitted this 24th  day of December, 2014.

/s/ Raanon Gal
Raanon Gal (Bar No. 100281)
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Tel: (770) 434-6868
Fax: (770) 434-7376
Email: Rgal@taylorenglish.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CEDRIC LOFTON,                    ]
                                  ]
                                  ]
                    Plaintiff     ]
                                  ]
      v.                          ]          Civil Action No.    1:14-cv-03640-ODE-GGB
                                  ]
DESIGNER SHOE                     ]
WAREHOUSE, INC.,                  ]
                                  ]
                    Defendant.    ]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of *DEFENDANT'S MOTION TO DISMISS* was served on this date via the Court's CM/ECF system, which will provide a copy to counsel below:

> G. Anthony Hall, Esq.
> 807 Winters Park Drive
> Doraville, Georgia 30360

Dated:      December 24, 2014

                              /s/*Raanon Gal*
                              Raanon Gal
                              Email: rgal@taylorenglish.com

3