IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRIC LOFTON, | ] |
| Plaintiff | ] |
| v. | ] Civil Action No.  1:14-cv-03640-ODE-GGB |
| DSW SHOE WAREHOUSE, INC., | ] |
| Defendant. | ] |

### DEFENDANT'S NOTICE OF FEES SOUGHT PURSUANT TO THE COURT'S ORDER DATED APRIL 30, 2015

Pursuant to the Court's April 9, April 29 and April 30, 2015 Orders [Doc Nos. 16, 18 and 19], Defendant DSW Shoe Warehouse, Inc. submits the following individual time records showing work performed on responding to Plaintiff's motion for default judgment in this case.  The total cost for the work performed on responding to the motion for default judgment is $5,015.00.  The hourly rate for Raanon Gal and Mark Taylor is $295 per hour.  Attached as Exhibit 1 is a Declaration from the undersigned with time records for work performed on responding to the motion for default judgment.

Respectfully submitted this 13th day of May, 2015.

/s/ Raanon Gal
Raanon Gal
Georgia Bar No. 100281
Marc A. Taylor

1

Georgia Bar No. 740700
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Tel: (770) 434-6868
Fax: (770) 434-7376
Email: Rgal@taylorenglish.com
Email: Mtaylor@taylorenglish.com

Attorneys for Defendant

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certifies the pleading has been prepared in a font and point selection approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 13th day of May, 2015.

*/s/ Raanon Gal*
Raanon Gal
Georgia Bar No. 100281

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRIC LOFTON,<br><br>    Plaintiff<br><br>v.<br><br>DSW SHOE WAREHOUSE, INC.,<br><br>    Defendant. | Civil Action No.   1:14-cv-03640-ODE-GGB |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of *DEFENDANT'S NOTICE OF FEES SOUGHT* was served on this date via the Court's CM/ECF system, which will provide a copy to counsel below:

    G. Anthony Hall, Esq.
    807 Winters Park Drive
    Doraville, Georgia 30360

Dated:   May 13, 2015

            /s/*Raanon Gal*
            Raanon Gal
            Email: rgal@taylorenglish.com