UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CEDRIC LOFTON, | ] | |
| | ] | |
| Plaintiff | ] | |
| | ] | |
| v. | ] | Civil Action No.   1:14-cv-03640-ODE-GGB |
| | ] | |
| DSW SHOE WAREHOUSE, INC., | ] | |
| | ] | |
| Defendant. | ] | |

## DECLARATION OF RAANON GAL

1. My name is Raanon Gal. I am over 18 years of age and competent to testify as to the matters contained in this declaration. I am giving this declaration on my own free will, without any duress, threat of harm or promise of benefit. Unless otherwise stated, the facts below are based on my personal knowledge.

2. Attached as Exhibit A is a chart that contains the time recorded and associated fees by Defendant's attorneys in responding to Plaintiff's motion for default judgement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 13, 2015.

/s/Raanon Gal
Raanon Gal

1

# EXHIBIT A

## Time Records for Work Performed Responding to Motion for Default Judgment
## Cedric Lofton v. DSW Shoe Warehouse, Inc.

| Date | Timekeeper | Service Performed | Hours | Hourly Rate | Dollar amount of service |
|---|---|---|---|---|---|
| 01/06/2015 | Gal, Raanon | Review and analysis of Plaintiff's response to motion to dismiss and motion for default judgment. | .80 | 295.00 | 236.00 |
| 01/06/2015 | Taylor, Marc | Review file regarding motion for default judgment; conference with Mr. Gal regarding same. | .60 | 295.00 | 177.00 |
| 01/07/2015 | Gal, Raanon | Telephone conference and e-mail correspondence with client regarding service of the complaint; telephone conference with CSC and review and analysis of documents regarding service; draft chronology of service order. | 1.50 | 295.00 | 442.50 |
| 1/07/2015 | Taylor, Marc | Review file and discuss response to motion for default judgment with Mr. Gal. | .40 | 295.00 | 118.00 |
| 01/08/2015 | Gal, Raanon | Telephone conference with client regarding case status update; e-mail correspondence with Court regarding telephone conference; research and analysis regarding federal default rules. | 1.30 | 295.00 | 383.50 |
| 01/08/2015 | Taylor, Marc | Review motion for default judgment and discuss response with Mr. Gal. | .40 | 295.00 | 118.00 |
| 01/23/2015 | Gal, Raanon | Prepare for and attend telephone conference with court regarding default judgment, draft e-mail correspondence to client regarding status update. | .60 | 295.00 | 177.00 |
| 01/27/2015 | Gal, Raanon | Research and analysis of case law and drafting response to motion for default. | 2.60 | 295.00 | 767.00 |
| 01/28/2015 | Gal, Raanon | Drafting and finalizing response to motion for default. | 5.20 | 295.00 | 1,534.00 |
| 01/29/2015 | Gal, Raanon | Drafting RGAL declaration for response brief. | .80 | 295.00 | 236.00 |
| 01/30/2015 | Gal, Raanon | Final revisions to response to motion for default. | 1.30 | 295.00 | 383.50 |
| 5/12/2015 | Gal, Raanon | Review statements and draft notice of fees in response to order for sanctions. | 1.50 | 295.00 | 442.50 |