IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRIC LOFTON, | ] |
| | ] |
| Plaintiff | ] |
| | ] |
| v. | ] Civil Action No. 1:14-cv-03640-ODE-GGB |
| | ] |
| DSW SHOE WAREHOUSE, INC., | ] |
| | ] |
| Defendant. | ] |

### DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF FEES SOUGHT PURSUANT TO THE COURT'S ORDER DATED APRIL 30, 2015

In Plaintiff's response to Defendant's Notice of Fees, Plaintiff claims that a $295 per hour rate by Defense counsel was unreasonable. Contrary to Plaintiff's assertions, the $295 per hour rate used by Defense counsel in this case is less than what other Court's in Georgia have found reasonable in employment cases. *See Tompkins v. Darr*, 2013 U.S. Dist. LEXIS 168411, 21-22 (M.D. Ga. Nov. 27, 2013) (finding that between $250 to $350 is reasonable and approving $300 per hour rate to an attorney with less experience than Defendant's counsel); *Zimmerman v. SunTrust Bank*, 2011 U.S. Dist. LEXIS 148253 (N.D. Ga. Dec. 22, 2011) (approving $450 hourly rate). Defendant has also attached a declaration from the undersigned identifying the years of experience of defense counsel and the reasonableness of the rates.

Additionally, there were no duplicated efforts by defense counsel and the fees requested were for time associated with the filing of Defendant's response to Plaintiff's Motion for Default Judgment.  For example, Plaintiff identified that he filed a Motion for Default Judgment (and argued in support of that motion) is his Response to Defendant's Motion to Dismiss. Defendant was unaware that a default judgment was filed prior to that time, and reviewed and analyzed how to respond to same.  In an effort to respond to and resolve the frivolous motion, Defendant requested a telephone hearing.  At the hearing, Plaintiff specifically requested that Defendant respond in writing to Plaintiff's Motion for Default Judgment.  This time billed was associated with responding to Plaintiff's motion for default judgment.  For these additional reasons, Defendant requests that this Court find that the attorneys' fees sought are reasonable.

Respectfully submitted this 4th day of June, 2015.

>*/s/ Raanon Gal*
>Raanon Gal
>Georgia Bar No. 100281
>Marc A. Taylor
>Georgia Bar No. 740700
>Taylor English Duma LLP
>1600 Parkwood Circle, Suite 400
>Atlanta, Georgia 30339
>Tel: (770) 434-6868
>Fax: (770) 434-7376
>Email: Rgal@taylorenglish.com
>Email: Mtaylor@taylorenglish.com
>
>Attorneys for Defendant

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certifies the pleading has been prepared in a font and point selection approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 4th day of June, 2015.

*/s/ Raanon Gal*
Raanon Gal
Georgia Bar No. 100281

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRIC LOFTON,   ]<br>]<br>]<br>　　Plaintiff   ]<br>]<br>v.   ]<br>]<br>DSW SHOE   ]<br>WAREHOUSE, INC.,   ]<br>]<br>　　Defendant.   ] | Civil Action No.   1:14-cv-03640-ODE-GGB |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of *DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO NOTICE OF FEES SOUGHT* was served on this date via the Court's CM/ECF system, which will provide a copy to counsel below:

> G. Anthony Hall, Esq.
> 807 Winters Park Drive
> Doraville, Georgia 30360

Dated:   June 4, 2015

> /s/*Raanon Gal*
> Raanon Gal
> Email: rgal@taylorenglish.com

4